

# NUMBER 13-17-00647-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MICHAEL MCCANN,** **Appellant,**

**v.**

**THERESA WHITT, ET AL.,** **Appellee.**

---

## On appeal from the 36th District Court
## of Bee County, Texas.

---

## ORDER

### Before Justices Contreras, Longoria, and Hinojosa
### Order Per Curiam

Appellant, Michael McCann, appeals from a final judgment entered by the 36th District Court of Bee County, Texas in cause number B-13-1345-CV-A. This cause is before the Court on appellant's second motion for extension of time to file the brief. Appellant is requesting an extension of time to file the brief because he states that during

a lockdown his transcripts were destroyed and missing.   Appellant is unable to prepare his brief because he does not have the reporter's record.

Appellant is proceeding pro se and the record reflects appellant filed an affidavit of inability to pay costs.   *See* TEX. R. CIV. P. 145.   Although the reporter has already provided appellant with a copy of the reporter's record, the record is no longer available for appellant to prepare his brief.   Accordingly, the reporter is directed to provide another copy of the reporter's record to appellant.   It is further ordered that the reporter notify this Court as to the date upon which the appellate record was made available to appellant.

Appellant's second motion for extension of time to file the brief is GRANTED. Appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his brief with this Court.


PER CURIAM

Delivered and filed the
12th day of July, 2018.